**Order entered February 25, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00003-CV

### FEE, SMITH, SHARP & VITULLO, LLP, ET AL., Appellants

### V.

### DEANA STRUNK AND CECIL WEBER ("SCOTT") CASTERLINE III, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05323**

## ORDER

Before the Court is appellants' February 23, 2021 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 31, 2021.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE